# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DUSTIN HOWLETT,<br><br>　　　Plaintiff<br><br>v.<br><br>WILLIAM GITTERE, et al.,<br><br>　　　Defendants | Case No.: 2:23-cv-01272-APG-EJY<br><br>**Order Administratively Closing and Transferring Case** |

The Clerk of the Court opened this case in the unofficial Southern Division for the District of Nevada in error. The Clerk of the Court is ordered to administratively close this case and transfer this case to the unofficial Northern Division for the District of Nevada. Additionally, the Clerk of the Court will send a one-time courtesy copy of this order to the Oregon address listed on Plaintiff Dustin Howlett's check. I remind Howlett that he will need to file an updated address with the court pursuant to Nevada Local Rule of Practice IA 3-1.[1]

DATED this 16th day of August, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] A "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.